UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:26-00279 ADS                                         Date:  May 20, 2026

Title:  *Antony Plocido v. Experian Information Solutions, Inc., et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|     Kristee Hopkins     |     None Reported     |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):        Attorney(s) Present for Defendant(s):
None Present                                                     None Present

**Proceedings:        (IN CHAMBERS) ORDER TO SHOW CAUSE RE
DISMISSAL FOR LACK OF PROSECUTION**

On February 5, 2026, Plaintiff filed a Complaint.  (Dkt No. 1.)  Defendant Transunion's deadline to file a responsive pleading to the Complaint was April 16, 2026. (Dkt. No. 7.)  Defendant Experian's deadline to file a responsive pleading to the Complaint was May 18, 2026.  (Dkt. No. 18.)  To date, no responsive pleading has been filed by either Defendant and Plaintiff has not requested entry of default.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution.  Plaintiff must file a written response no later than **May 27, 2026.**

Among other appropriate responses, Plaintiff may file a request for entry of default in response to this Order to Show Cause by the above date.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of Defendants Experian and Transunion**.

**IT IS SO ORDERED.**

Initials of Clerk kh